# Order

Michigan Supreme Court
Lansing, Michigan

February 27, 2006

Clifford W. Taylor,
Chief Justice

127064(21)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KATHLEEN KOSMAL,
        Plaintiff-Appellee,

v

        SC: 127064
        COA: 254936
        WCAC: 02-000105

AMERITECH,
        Defendant-Appellant,

and

SECOND INJURY FUND (VOCATIONALLY
HANDICAPPED PROVISIONS),
        Defendant-Appellee.
_____/

      On order of the Court, the motion for reconsideration of this Court's order of August 30, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

d0221

_____
Clerk